S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHER CHARLES GRAHAM,<br><br>Defendant. | No. 3:23-mj-00636-KFR |

### NOTICE OF INTENT TO SEEK CONTINUED DETENTION HEARING

Comes now the United States of America and advises this Court that it will move for a continued detention hearing to determine whether a suitable release plan exists or if the defendant should be detained pending trial. The United States proposes that this hearing occur on Monday, November 6, 2023. A detention hearing is appropriate because the defendant is charged with a crime of violence. 18 U.S.C. § 3142(f)(1)(A).

RESPECTFULLY SUBMITTED November 3, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Karen Vandergaw
KAREN VANDERGAW
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Karen Vandergaw

U.S. v. GRAHAM
3:23-mj-00636-KFR