S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:23-cr-00107-JMK-MMS |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | INTERSTATE COMMUNICATIONS WITH A THREAT TO KIDNAP OR INJURE |
| ARTHER CHARLES GRAHAM, a/k/a ARTHUR GRAHAM, | Vio. of 18 U.S.C. § 875(c) |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about September 28, 2023, within the District of Alaska, the defendant, ARTHER CHARLES GRAHAM, knowingly and willfully did transmit in interstate and foreign commerce a communication through a web form submission to the office of UNITED STATES SENATOR 1, and the communication contained a threat to kidnap and

injure UNITED STATES SENATOR 1, to wit: ARTHER CHARLES GRAHAM sent a message through UNITED STATES SENATOR 1's website that said:

> Well its after business hours and my landlady hasn't delivered the eviction papers yet like she promised. She DID tell me to start looking somewhere else to live, so now I'm legally obligated to do that. I'm in the dark here. Until I get new information [UNITED STATES SENATOR 1], my plan is ima' hunt you down, cut the flesh off your body and wear your skin like clothes. I'll live inside of YOU [UNITED STATES SENATOR 1]. I may as well because I ain't got nowhere else to live. The bank is taking my parents house. When I inherit my mom's municipal bonds I'm going to use ilthem as kindling to start my homeless-person campfire, when I inevitably become a homeless person like I was when I was a little boy. Also I'm gonna cut off your skin and wear it as clothes. Oops I said that already. Someone call the police. Deiter is dreaming about his mother again..

All of which is in violation of 18 U.S.C. § 875(c).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ James Klugman for
S. LANE TUCKER
United States Attorney
United States of America

DATE: November 14, 2023