Samuel L. Eilers
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Ste. 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: samuel_eilers@fd.org

Counsel for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>ARTHER CHARLES GRAHAM,<br><br>               Defendant. | Case No. 3:23-cr-00107-SLG-MMS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

      PLEASE TAKE NOTICE that the defendant, Arther Charles Graham, intends to change his plea to the one-count Indictment. There is no plea agreement between the parties. Mr. Graham consents to have his plea taken by a United States Magistrate Judge and will file a separate Consent Form following this Notice. Counsel will also separately file a jointly proposed factual basis.

      Counsel request that the Trial Scheduling Conference scheduled for May 28, 2024, before Chief District Judge Sharon L. Gleason be **vacated** and that the matter be referred to Chief Magistrate Judge Matthew M. Scoble for a Proposed Change of Plea Hearing.

      Defense counsel requests that the Proposed Change of Plea Hearing be scheduled for the week of June 24-28, 2024 (with preference for June 26-27, 2024), or the week of July 15-19, 2024.

/ / /

/ / /

DATED at Anchorage, Alaska, this 21st day of May 2024.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Samuel L. Eilers*
Samuel L. Eilers
Assistant Federal Defender
Attorneys for Mr. Graham

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 21, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Samuel L. Eilers*